429 A.2d 56

Decision Data Computer, Appellant, v. Roadway Express.

Argued December 5, 1979. Samuel W. Salus, II, for appellant; Joseph Lonergan, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the lower court is hereby affirmed.

O'KICKI, J. noted his dissent.